RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RACHEL M. KORENBLAT
Assistant Federal Public Defender
411 E. Bonneville Avenue, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax

Attorneys for Salvador Castillo Garcia

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALVADOR LUBIAN CASTILLO-GARCIA,<br>a.k.a., FRANCISCO JAVIER-SAGUERO,<br>a.k.a., MONTGOMERY SALVADOR MAYORGA CASTILLO<br><br>Defendant. | 2:13-cr-00245-GMN-PAL and<br>2:13-cr-00329-JAD-VCF<br><br><br>**UNOPPOSED MOTION FOR REASSIGNMENT AND TO JOIN CASES** |

Defendant, SALVADOR LUBIAN CASTILLO-GARCIA also known as FRANCISCO JAVIER-SAGUERO, also known as MONTGOMERY SALVADOR MAYORGA CASTILLO, by and through his counsel Rachel M. Korenblat, Assistant Federal Public Defender, hereby moves the Court for an Order Reassigning and Joining Cases 2:13-cr-00245-GMN-PAL and 2:13-cr-00329-JAD-VCF.

This Motion is requested for the following reasons:

1. The aforementioned indictment and supervised release revocation petition are being prosecuted in this district concurrently. The interests of judicial economy and efficiency would be served by joining the matters.

2. It is the intention of the moving party that the two cases be joined for all purposes so that the parties may potentially reach a global resolution between the defendant's two cases.

1

    3.    The case for joining is further enhanced by the recognition that the indictment for Illegal Reentry caused the defendant's petition to revoke his supervised release.

    4.    The moving party requests that an order may be entered prior to the revocation hearing scheduled for September 23, 2013.

    5.    Government counsel does not oppose the relief requested.

DATED this 11th day of September, 2013.

                      RENE L. VALLADARES
                      Federal Public Defender

                      */s/ Rachel M. Korenblat*
                By: RACHEL M. KORENBLAT
                      Assistant Federal Public Defender

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 2:13-cr-00245-GMN-PAL and<br>2:13-cr-00329-JAD-VCF |
| vs. | |
| SALVADOR LUBIAN CASTILLO-GARCIA,<br>a.k.a., FRANCISCO JAVIER-SAGUERO,<br>a.k.a., MONTGOMERY SALVADOR MAYORGA CASTILLO, | **ORDER** |
| Defendant. | |

Based upon the above motion and good cause appearing,

IT IS THEREFORE ORDERED that case numbers 2:13-cr-00245-GMN-PAL and 2:13-cr-00329-JAD-VCF be reassigned to the Honorable Gloria M. Navarro and joined and entered under case number 2:13-cr-00245-GMN-PAL .

**DATED** this 11th day of September, 2013.

_____
Gloria M. Navarro
United States District Judge

3

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that I am an employee of the Law offices of the Federal Public Defender for the District of Nevada and am a person of such age and discretion as to be competent to serve papers.

That on September 10, 2013, I served an electronic copy of the above and foregoing **UNOPPOSED MOTION FOR REASSIGNMENT AND TO JOIN CASES** by electronic service (ECF) to the persons named below:

> DANIEL G. BOGDEN
> United States Attorney
> ROBERT A. BORK
> Assistant United States Attorney
> 333 Las Vegas Blvd. So., 5th Floor
> Las Vegas, Nevada 89101

      */s/ Karen Meyer*
      Employee of the Federal Public Defender