DANIEL G. BOGDEN
United States Attorney
District of Nevada
ROBERT A. BORK
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.2:13-cr-00245-GMN-PAL |
| Plaintiff, | 2:13-cr-00329-GMN-VCF |
| vs. | MOTION TO CONTINUE SENTENCING AND SUPERVISED RELEASE HEARING |
| SALVADOR LUBIAN CASTILLO-GARCIA, | (First Request) |
| Defendant. | |

COMES NOW the United States of America, by and through DANIEL G. BOGDEN, United States Attorney, and Robert A. Bork, Assistant United States Attorney, and files this motion to continue the sentencing and supervised release hearings scheduled for May 1, 2014 at 11:00 a.m.  Defendant filed a Sentencing Memorandum on April 24, 2014 in these cases. Government counsel had medical problems that began April 24, 2014 and was unable to work that afternoon and Friday.  Counsel was also unable to work the weekend of April 26 to 27, 2014.

Accordingly, Government counsel could not file a response to defendant's Sentencing Memorandum in a timely fashion.  The request is to continue the hearings for no more than a

1 | week.  Government counsel is informed the defendant objects to a continuance but counsel for
2 | the defendant will not object to a continuance.

    DATED this     29th     day of April, 2014.

                                        Respectfully submitted,

                                        DANIEL G. BOGDEN
                                        United States Attorney

                                        /s/ Robert A. Bork

                                        ROBERT A. BORK
                                        Assistant United States Attorney

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:13-cr-00245-GMN-PAL |
| Plaintiff, | ) 2:13-cr-00329-GMN-VCF |
| vs. | ) ORDER |
| SALVADOR LUBIAN CASTILLO-GARCIA, | ) |
| Defendant. | ) |

Based on the motion of the government, and good cause appearing therefore, the court hereby finds that:

   IT IS HEREBY ORDERED that the sentencing and supervised release hearing in the above-captioned matter currently scheduled for May 1, 2014, at the hour of 11:00 a.m., be vacated and continued to    May 9, 2014 at 9:30 AM.

   **DATED** this 1st day of May, 2014.

   _____
   Gloria M. Navarro, Chief Judge
   United States District Court

CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) Case Nos. 2:13-cr-00245-GMN-PAL |
| | )            2:13-cr-00329-GMN-VCF |
| vs | ) |
| | ) |
| SALVADOR LUBIAN CASTILLO-GARCIA, | ) |
| | ) |
| DEFENDANT. | ) |

I, ROBERT A. BORK, do hereby certify that on April 29, 2014, a copy of the attached MOTION TO CONTINUE SENTENCING AND SUPERVISED RELEASE HEARING was sent by electronic mail to the person hereinafter named, at the place and address stated below, which is the last known address:

Addressee:   Rachel Korenblat, AFPD
             Counsel for Defendant **CASTILLO-GARCIA**

/s/ Robert A. Bork

ROBERT A. BORK